STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

11-854 consolidated with 11-853


MARK CLAVERIE

VERSUS

JONATHAN SMITH, ET AL.


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2008-2860 C/W 2008-2596
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE


\*\*\*\*\*\*\*\*\*\*


ULYSSES GENE THIBODEAUX
CHIEF JUDGE


\*\*\*\*\*\*\*\*\*\*


Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Shannon J. Gremillion, Judges.


AFFIRMED.


Robert Lewis Bussey
Bussey & Lauve
P. O. Box 307
Alexandria, LA 71309-0307
Telephone:  (318) 449-1937
COUNSEL FOR:
    Defendants/Appellants - Acadian Ambulance Service, Inc., Discovery
    Property & Casualty Insurance Company, and Jonathan Smith

Brian M. Caubarreaux
Brian Caubarreaux & Associates
P. O. Box 129
Marksville, LA 71351
Telephone:  (318) 253-0900
COUNSEL FOR:
    Plaintiff/Appellee - Dwight Johnson

**Adras Paul LaBorde Endom**
**5157 Bluebonnet Boulevard**
**Baton Rouge, LA 70809**
**Telephone:  (225) 293-8787**
**COUNSEL FOR:**
     **Defendant/Appellee - Phoenix Indemnity Insurance Company**

**Jonathan Terrel Gaspard**
**P. O. Box 546**
**Marksville, LA 71351**
**Telephone:  (318) 240-7329**
**COUNSEL FOR:**
     **Plaintiff/Appellee - Mark Claverie**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *Dwight Johnson v. Jonathan Smith, et al.*, 11-853 (La.App. 3 Cir. __/__/12), ___ So.3d ___, the judgment of the trial court is affirmed.

**AFFIRMED.**